ACCEPTED
01-14-00897-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 5:00:13 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00897-CR

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 5:00:13 PM
CHRISTOPHER A. PRINE
Clerk

**ENRIQUE CHAVEZ AGUIRRE** § **APPELLANT**

§

**VS.** §

§

**THE STATE OF TEXAS** § **APPELLEE**

---

### APPEAL FROM THE 178TH DISTRICT COURT
### HARRIS COUNTY, TEXAS
### TRIAL COURT NO. 0950986

---

### MOTION FOR EXTENSION OF TIME TO FILE
### APPELLANT'S BRIEF

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, ENRIQUE CHAVEZ AGUIRRE,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Stanley G. Schneider, and submits this Motion for Extension of Time to file Appellant's Brief until July 17, 2015.  For good cause, Appellant shows as follows:

1.     Appellant was charged by indictment with the felony offense of aggravated sexual assault of a child.  Appellant entered a plea of not guilty.  A jury found Appellant guilty on October 22, 2014.  The court assessed Appellant's punishment at 30 years in the  institutional division of the Texas Department of Criminal Justice.  Notice of Appeal was given in a timely fashion.  Appellant's brief

1

was due to be filed June 15, 2015.

2.     Appellant's counsel participated in the following in the past thirty days: *USA v. Earnest Gibson*, Sentencing hearing before District Judge Lee Rosenthal in the Southern District of Texas and *USA v. Curtis Cluff*, Re-Arraignment hearing District Judge David Hittner in the Southern District of Texas.

3.     Appellant's counsel conducted trial preparation in the following cases, all of which were reset to a future date on their respective trial dates.

    a.     *State of Texas v. Rosario Garza*, in the 209th District Court of Harris County, Texas, which was set for trial on June 8, 2015.

    b.     *State of Texas v. Jose Cavazos*, in the 228th District Court of Harris County, Texas, which was set for trial on June 1, 2015.

    c.     *State of Texas v. Boniface Ojiaku*, in the 176th District Court of Harris County, Texas, which was set for trial on May 29, 2015.

4.     Appellant counsel is currently set for trial in *State of Texas v. Bradley Cherry*, in the 209th District Court of Harris County, Texas on Monday, June 22, 2015.

5.     Furthermore, appellant's counsel has had a heavy court docket for the past thirty days in State Court which included, settings in Brazoria, Ft. Bend, Harris, Montgomery and Polk County, Texas.

6.     Due to his prior trial schedule, Appellant's counsel will need additional time to review the appellate record. This preparation is necessary for proper representation in this case.

7.     This Motion is not made for delay, but to see that justice is done. Appellant submits that the State of Texas will not be prejudiced by the granting of

2

this continuance.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Brief be extended until July 17, 2015.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/s/ Stanley G. Schneider
Stanley G. Schneider
T.B.C. No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the attached and foregoing Motion for Extension of Time to Appellant's Brief has been mailed and/or hand delivered on the Appellate Section of the Harris County District Attorney's Office, 1201 Franklin, Houston, Texas 77002 on this 19th day of June, 2015.

/s/ Stanley G. Schneider
Stanley G. Schneider